440 A.2d 1250

Klopp etc. v. The Borough of Danville, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued December 1, 1980.   Howard A. Berman, for appellant;  Thomas A. James, Jr., for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

440 A.2d 1250

McCauley v. De La Torre Orthopedic Appl., et al.

Appeal of De La Torre Orthopedic Appliances.

Argued November 13, 1980.   David H. Patterson, for appellant;  Edward D. Klym, for Ivey, appellee;  and Warren D. Ferry, for Cappola, appellees.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Appeal quashed.

HESTER, J., concurred in the result.